**Order entered July 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01314-CV

## ESTATE OF HOWARD GILLIS THOMAS, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

We **REINSTATE** this appeal.

By order dated October 5, 2016, we removed this appeal from submission and abated it pending the resolution of the related appeal from an order denying a petition for bill of review. The bill of review appeal has been resolved. *See Thomas v. 462 Thomas Family Properties, LP*, 559 S.W.3d 634 (Tex. App.—Dallas 2018, pet. denied). In *Thomas*, this Court reversed the trial court's judgment with respect to the dismissal of the equitable bill of review proceeding and remanded the case to the trial court for further proceedings.

Before the Court is appellant's opposed June 21, 2019 motion to lift the abatement and set this appeal for submission. Appellant is correct that the condition set forth in this Court's October 5th order has been met. However, this Court has remanded the bill of review proceeding to the trial court. The trial court's disposition of that proceeding may render this appeal moot. In

light of these circumstances, we **DENY** appellant's motion. On the Court's own motion, we **ABATE** this appeal pending resolution of the bill of review proceeding that has been remanded to the trial court.

/s/     CORY L. CARLYLE
JUSTICE